UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of Americq</u>

                v.                    Miscellaneous Case No. 11-mc-9-SM

<u>Mike A. Angerami</u>

## O R D E R

I herewith approve the [5] Report and Recommendation of Magistrate Judge Landya B. McCafferty dated March 23, 2011. Mr. Angerami has expressly agreed to waive his right to object to the Report and Recommendation.

It is hereby ordered that the taxpayer, Mike A. Angerami, obey the summons and that he appear on March 28, 2011, at 10:00 a.m., at the IRS office located at 1000 Elm Street, 4 Suite 900, Manchester, New Hampshire, before Peter M. Lighthall (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of October 4, 2010.

It is further ordered that the government be awarded its costs.

SO ORDERED.

March 24, 2011                               <u>/s/ Steven J. McAuliffe</u>
                                                  Steven J. McAuliffe
                                                  Chief Judge

cc:    Michael T. McCormack, AUSA
        Michael A. Angerami, <u>pro se</u>